# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

### Western DIVISION

Melanie Hall-Edwards )
_____ )
_____ )
_____ )
_____ )
(Enter the full name of the Plaintiff[s] in this action) )

Case No. 5:25-cv-5077
(To be assigned by
Clerk of District Court)

vs. )

City of Scotland, Curtis Hofer, James Hoffard, Randy Thum, Tim Asche, Randy Abbink, Amanda Fischer, Wayne Bertrand, Zachary Clifton, Mike Stevens, Dennis Bietz, Geoffrey Fillingsness, Duane Boice, Brian Humphrey, Margaret Spak )

(Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.) )

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

This action arises under the laws of the United States. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, as the claims asserted by the Plaintiff allege a violation of 4th, 5th, 6th, 14th Amendment rights of the U.S. Constitution depriving them of life, liberty and property arising under U.S.C. 18 Section 241 and 242 giving jurisdiction to this court as provided by U.S.C. 42 § 1983.

1

II.     Plaintiff, _Melanie Hall-Edwards_ resides at

_1030 First Street_
(street address)
_Scotland_, _Bon Homme_,
(city)         (county)
_South Dakota_, _57059_, _(605) 209-5211_
(state)      (zip)     (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
_Mailing Address:_
_P.O. Box 44_
_Kaylor SD 57354_

III.     Defendant, _City of Scotland Class 2 Municipality_ resides at, or its business is located at

_530 Juniper Street_
(street address)
_Scotland_, _Bon Homme_,
(city)         (county)
_South Dakota_ _57059_, _605 583-2320_
(state)      (zip)     (telephone number)

(If more than one defendant, provide the same information for each defendant below)

Curtis Hofer, former Mayor, 411 3rd Street, Scotland, Bon Homme South Dakota 57059 (605) 760-4503
Brian Humphrey 221 Railway St. Scotland, Bon Homme, South Dakota 57059 (605) 583-4780
James Hoffard 510 W. 3rd Street Webster, SD 57274 (712) 210-3310 Day County
Randy Thum 621 Park Drive, Scotland, SD, Bon Homme 57059 (605) 760-1210
Tim Asche 440 5th Street, Scotland, SD Bon Homme 57059 (605) 260-5560
Rany Abbink 1141 Curry St, Scotland, SD, Bon Homme 57059 (605) 583-4430
Amanda Fischer 821 3rd St, Scotland SD, Bon Homme 57059 (605) 661-9127
Wayne Bertrand 1140 Washington St. #2E, Scotland SD Bon Homme (605) 480-0663
Zachary Clifton, Current C.O.P., Scotland, SD Bon Homme 57059 office 530 Juniper Bon Homme 57059 (605) 583-2320
Dennis Betz 530 6th, Str Scotland SD Bon Homme 57059 (605) 460-2236
Duane Boice 26575 E. Shore Pl. Wall Lake SD, Minnehaha 57033 (605) 359-2943
Geoffrey Fillingsness 702 W. Hemlock St. Beresford SD, Union, 57004 (605) 360-4727
Mike Stevens 214 Marina Del Ave, Yankton SD, Yankton County 57078 (605) 661-0057
Margaret Spak 1020 1st Street, Scotland SD, Bon Homme 57059 (605) 665 1216 (605) 760 4312

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The Defendant did the following acts through Agents or assigns, Mayor, and or Council Members. I will name the party when Known approx dates: Curtis Hofer, former mayor, on or about 2020 Hofer & Brian Humphrey came to 1030 First Street threat to have tree cut down if I would not let put gravel to make a rode through my property. That day they put 6.5 loads gravel. Humphrey was acting as officer for Scotland that day. After winning 4 mo standoff, Hofer threat "love to burn down all your places, be rid of you" instead said "I'll hire someone to condemn." Hired Geoffrey Fillingness in August. 2020. Several threats made to my home property but in '22 Fillingness swore in Affidavit the building 1010 Main St. Scotland is, Abandoned, suseptible to collapse, "fearful it might literally collapse" - States need for inspection warrant. After Previously Stating Children can enter he then request forcible entry. Having no prior knowledge of building he states it is in possible Collapse and expressed again a desire to demolish the building. The Insp. warrant was granted. Fillingness, Humphrey, & others executed warrant and on the same day entered another address and parcel not on the warrant. Violates my due process. It is too extensive to write. I am attaching a Bullet point Summation for Convenience. Individually & Collectively from the onset 2021, I have asked for meetings to inform the Council and mayor(s) of actions by the Attorney they hired, Mike Stevens, to review the integrity of his work. I was denied being heard with no explanation as to why I wasn't Put on the Agenda when requested. Dates vary. Biete, Thum, Bertrand, Abbink, Asche, Fischer each and all received verbal and written, certified mail, & email requests & notifications. Currently they were served w/notice of intent to sue, except Biete. And no responses have been given me. Biete, Fillingness, Stevens gave false information to the Court July 2024 & on previous occasions.

V. Relief (State briefly and exactly what you want the Court to do for you.)

Emergency Injuctive Relief to Hault the Demolition of Jul. 2022, Jul. 2023, the 2 Historic Buildings of Nat'l Registry Cause the City to Cease and decist from harrassment of contractors, cease from inaction of duty to answer Permits and Cease from further destruction of the Plaintiff's pusiness, personal, and real property. Cease and desist from all actions toward plaintiff, her property, heirs, assigns, and agents. To provide punative damages. Loss of use compensation, attorney fees and any resonable as Court would allow. The current replacement of this structure has been quoted at $3,363,000.00 not considering brick (additional) My family and I have suffered economically, emotionally, and otherwise. I want my Constitutional rights restored and the City to be barred from causing further harm.

3

VI.	**MONEY DAMAGES:**

A)	Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [ X ]			NO [   ]

B)	If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

Damages occurred after the City refused permits, harrassed Conractors, and delayed tuck pointing and repairs. The North End of 610 from 6,819.33 went to double. When bricks fell from 620. There is far more tuckpointing to be done. It is estimated an increase of over 30,000 could be expected. Loss of revenue for loss of use. Loss of Income for loss of ability to Rent to public for office, storage. 4-5 yrs. I put the demand at $444,000.00 As the Blue Sky figure is unknown

VII.	Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ X ]			NO [   ]

VIII.	Are you requesting a Jury Trial?

YES [ X ]			NO [   ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of October, 2025

_Melanie Hall Edwards_

_____

_____

Signature of Plaintiff[s]

4

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Melanie Hall-Edwards*

**DEFENDANTS**
*City of Scotland, a second-class municipality Scotland, SD*

**(b)** County of Residence of First Listed Plaintiff *Bon Homme*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *Bon Homme*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro Se*

Attorneys *(If Known)*
*Kent Lehr*
*Mike Stevens*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*USC 42 § 1983        USC 18 Sect 241 & 242*

Brief description of cause:
*Violation 4th, 5th, 6th, 14th U.S. Constitutional Amendment rights*

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *444,000*

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE *Cheryle Gering*   DOCKET NUMBER *04-CIV 22-46*
*04-CIV 25-67*

DATE *10 Oct 2025*
SIGNATURE OF ATTORNEY OF RECORD *Melanie Hall Edwards Prose*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____