UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MELANIE HALL-EDWARDS, | 5:25-CV-05077-RAL |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| CITY OF SCOTLAND, CLASS 2 MUNICIPALITY; CURTIS HOFER, JAMES HOFFARD, RANDY THUM, TIM ASCHE, RANDY ABBINK, AMANDA FISCHER, WAYNE BERTRAND, ZACHERY CLIFTON, MIKE STEVENS, DENNIS BIETZ, GEOFFREY FILLINGSNESS, DUANE BOICE, BRIAN HUMPHREY, MARGARET SPAK, | |
| Defendants. | |

On February 19, 2026, Plaintiff Melanie Hall-Edwards filed a Motion for Leave to File Out of Time and Notice of Voluntary Dismissal Without Prejudice, Doc. 9. Based on the motion of the Plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 23rd day of February, 2026.

BY THE COURT:

_____

ROBERTO A. LANGE
CHIEF JUDGE